FLORIDA CENTRAL AND PENINSULAR RAILROAD COMPANY, A CORPORATION UNDER THE LAWS OF FLORIDA, AND THE EAST FLORIDA AND ATLANTIC RAILROAD COMPANY, A CORPORATION UNDER THE LAWS OF FLORIDA, PLAINTIFFS IN ERROR, VS. JAMES H. BAER, DEFENDANT IN ERROR.

Writ of Error to Circuit Court Orange county.

*Beggs & Palmer*, for Plaintiffs in Error.

*Alex. St. Clair-Abrams*, for Defendant in Error.

Memorandum Decisions.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff, and the defendants take writ of error. The judgment is affirmed.

Decision Per Curiam.